CITY OF BOWLING GREEN, APPELLANT, *v.* CHASTEEN, APPELLEE.

[Cite as *Bowling Green v. Chasteen,*
110 Ohio St.3d 179, 2006-Ohio-4093.]

(Nos. 2006–0780 and 2006–0841—Submitted July
18, 2006—Decided August 23, 2006.)

———————

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *Bowling Green v. Godwin,* 110 Ohio St.3d 58, 2006-Ohio-3563, 850 N.E.2d 698, and the cause is remanded to the trial court for further proceedings consistent therewith.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

———————

Matthew L. Reger, Bowling Green City Prosecutor, for appellant.